UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:  Case Number: 15-31761-dof

**DB'S ENTERTAINMENT COMPANY, INC.,**  Chapter 11

Debtor.  Hon. Daniel S. Opperman

_____/

# ORDER DENYING DEBTOR'S MOTION FOR
# RELIEF FROM COURT'S ORAL ORDER AND/OR FOR REHEARING
# PURSUANT TO FEDERAL RULE 60, LOCAL RULE 9006 AND COURT'S
# INHERENT POWERS

This matter came before the Court on the Debtor's Motion for Relief from Court's Oral Order and/or for Rehearing Pursuant to Federal Rule 60, Local Rule 9006 and Court's Inherent Powers (Docket #71), an Objection was filed (Docket #89) and a hearing was held on January 27, 2016. The Court heard arguments of counsel. After considering the merits of Debtor's position in opposition to the US Trustee's Motion to Convert and as set forth in its Motion for Relief from the Court's order to convert, and having determined that these arguments would not have resulted in a different decision at the prior January 6, 2016 hearing on the U.S. Trustee's motion, and further for the reasons stated on the record:

**IT IS ORDERED** that the Debtor's Motion for Relief from Court's Oral Order and/or for Rehearing Pursuant to Federal Rule 60, Local Rule 9006 and Court's Inherent Powers is **DENIED.**

.

**Signed on February 01, 2016**

                                      **/s/ Daniel S. Opperman**
                                  **Daniel S. Opperman**
                                  **United States Bankruptcy Judge**